United States District Court
Middle District of Florida
Jacksonville Division

**NEIVER ALEJANDRA PINA INFANTE,**

    **Petitioner,**

**v.**                                                                          **No. 3:26-CV-843-JEP-LLL**

**WARDEN, BAKER COUNTY DETENTION
CENTER, ET AL.,**

    **Respondents.**

_____

### Order to Show Cause

The Court directed petitioner to pay the filing fee or file a complete application to proceed in forma pauperis no later than May 15, 2026. *See* Order, doc. 2. To date, petitioner has not done so.

Under Local Rule 3.10, "[a] plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Middle District of Florida Local Rules

On or before **June 30, 2026**, the petitioner must (1) show satisfactory cause why this case should not be dismissed for failure to comply with the Court's Order; and (2)

either pay the $5 filing fee or file a complete application to proceed as a pauper. **If he**

**does not, the Court may dismiss the case without further notice or proceedings**.

    **Ordered** in Jacksonville, Florida on June 9, 2026.

 /s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
Neiver Alejandra Pina Infante. #A246984990, pro se
    Baker County Detention Center
    1 Sheriff's Office Drive
    Macclenny, FL 32063